UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-62284

DANIELLE HOLLENSHADE, individually,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a
foreign corporation,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No. 0658464
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Rachel A. Morris, Esq.
Florida Bar No. 0091498
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2465
Facsimile: (866) 466-3140

kgrace@sessions-law.biz
dvanhoose@sessions-law.biz
rmorris@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of November 2013, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Bret L. Lusskin, Esq.
20803 Biscayne Blvd., Ste. 302
Aventura, Florida 33180

/s/ Kenneth C. Grace
Attorney