UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-62284-JAL

DANIELLE HOLLENSHADE, individually,
 Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,
 Defendant.
_____/

## NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

 Plaintiff DANIELLE HOLLENSHADE and Defendant NCO FINANCIAL SYSTEMS, INC. hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

 WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

 Respectfully submitted this 16th day of December, 2013.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

      By: /s/ Bret L. Lusskin, Esq.
        Bret L. Lusskin, Esq.
        Florida Bar No. 28069

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 16th day of December, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>    Bret L. Lusskin, Esq.
>    Florida Bar No. 28069